**UNIVERSAL MARITIME SERVICE CORPORATION; Signal Mutual Indemnity Association, Ltd., Petitioners,**

v.

**Billy BILBRO; Director, Office of Worker's Compensation Programs, U.S. Department of Labor, Respondents.**

No. 04–60042.

United States Court of Appeals, Fifth Circuit.

Decided Nov. 8, 2004.

Steven L. Roberts, William Joseph Boyce, Rick L. Rambo, Fulbright & Jaworski, Houston, TX, for Petitioners.

Ed W. Barton, John Dale Mcelroy, Barton, Price & Mcelroy, Orange, TX, Donald Shire, Us Department of Labor, Washington, DC, Chris J. Gleasman, Houston, TX, for Respondents.

---

Before KING, Chief Judge, HIGGINBOTHAM and DAVIS, Circuit Judges.

PER CURIAM: *

After carefully reviewing the record, the briefs of the parties and considering the argument of counsel, we are satisfied that the award entered by the Benefits Review Board is supported by substantial evidence and that neither the BRB nor the Administrative Law Judge committed reversible error.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.